# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., | Case No. 1:15-cv-00449-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT GUARDIAN AD LITEM |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 2) |
| Defendant. | |

Plaintiff R.P., a minor (born 1999), by and through his mother and natural guardian, Gemma Padilla, moves that Gemma Padilla be appointed his guardian ad litem to prosecute his appeal of the Commissioner's denial of supplemental security benefits.  Pursuant to F.R.Civ.P. 17(c), the Court must appoint a guardian ad litem to represent the interest of a minor plaintiff.  *See also* Loc. R. 202. Having reviewed Plaintiff petition for appointment of a guardian ad litem and applicable law, the Court hereby APPOINTS Gemma Padilla guardian ad litem for her son, R.P., in the above-captioned action.

IT IS SO ORDERED.

Dated:   **March 24, 2015**                         **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE