1  Brian C. Shapiro
2  Attorney at Law: 192789
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
5  Attorneys for Plaintiff
   R.P
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | R.P. by and through his guardian ad litem Gemma Padilla | ) Case No.: 1:15-cv-00449-SMS |
12 | Plaintiff, | ) STIPULATION AND ORDER TO EXTEND TIME TO FILE |
13 | v. | ) Opening Brief |
14 | CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) (FIRST REQUEST) |
15 | Defendant. | ) |

16

17

18        Plaintiff R.P and Defendant Carolyn W. Colvin, Acting Commissioner of

19 Social Security, through their undersigned attorneys, stipulate, subject to this

20 court's approval, to extend the time by 46 days from November 26, 2015 to

21 January 11, 2016 for Plaintiff to file a Opening Brief, with all other dates in the

22 Court's Order Concerning Review Of Social Security Cases extended accordingly.

23 This is Plaintiff's first

24 ///

25

26

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: November 24, 2015          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*

BY: _____
Brian C. Shapiro
Attorney for plaintiff R.P. by and through his
guardian ad litem Gemma Padilla

DATE:  November 24, 2015     BENJAMIN WAGONER
United States Attorney

/s/ *Jeffrey T. Chen*

BY:_____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

Dated:  **December 1, 2015**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE