Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.624.4695
Facsimile: 818.475.1880
Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., | ) |
|     Plaintiff, | ) CASE NO.: 1:15-cv-00449-SMS ) ) |
| v. | ) ) STIPULATION TO EXTEND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) BRIEFING SCHEDULE; ORDER ) ) |
|     Defendant. | ) ) |

1     IT IS HEREBY STIPULATED, by and between the parties, that Plaintiff
2 shall have an extension of 30 days from May 20, 2016, or until June 20, 2016 to
3 prepare and file Plaintiff's opening brief, and that all other scheduling dates set forth
4 in the Scheduling Order shall be extended accordingly.
5     This is plaintiff's first request for an extension.  Plaintiff's counsel makes this
6 request because plaintiff's counsel requires additional time to prepare and file the
7 opening brief.  This request for extension is not made to interpose delay but to
8 properly and adequately represent plaintiff.

10 DATED: May 19, 2016      By: */s/ Roger D. Drake*
11      ROGER D. DRAKE
     Attorney for Plaintiff

13 DATED: May 19, 2016      PHILLIP A. TALBERT
     Acting United States Attorney
14      DEBORAH LEE STACHEL
15      Acting Regional Chief Counsel, Region IX

17      By: */s/ Jeffrey Chen*
18      JEFFREY CHEN, CSBN 260516
     Special Assistant United States Attorney
19      Attorneys for Defendant
20      [*Per email authorization on 5/19/2016*]

**ORDER**

Based on the foregoing stipulation to extend the briefing schedule,

IT IS ORDERED, that Plaintiff shall have an extension of 30 days from May 20, 2016, or until June 20, 2016, to prepare and file Plaintiff's Opening Brief, and that all other scheduling dates set forth in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **May 19, 2016**                                **/s/ Sandra M. Snyder**
                                                                                  UNITED STATES MAGISTRATE JUDGE