BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| GEMMA PADILLA O/B/O R.P., | ) | Civil No. 1:15-cv-00449-SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because of a heavy accumulated workload following a two absence from the office after the passing of the undersigned's grandfather.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, August 19, 2016.

                                                Respectfully submitted,

Date: *July 20, 2016*                        DRAKE AND DRAKE

                                        By:   */s/ Roger David Drake\**
                                                      ROGER DAVID DRAKE
                                                      *\* By email authorization on July 20, 2016*
                                                      Attorney for Plaintiff

Date: *July 20, 2016*                        BENJAMIN B. WAGNER
                                                      United States Attorney

                                        By:   */s/ Jeffrey Chen*
                                                      JEFFREY CHEN
                                                      Special Assistant United States Attorney
                                                      Attorneys for Defendant

                                                      <u>ORDER</u>

IT IS SO ORDERED.

    Dated:  **July 21, 2016**                        **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ