# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMA PADILLA O/B/O R.P.,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:15-cv-00449- SMS<br><br><br>ORDER DIRECTING DEFENDANT TO FILE RESPONSIVE BRIEF |

This matter is before the Court on Defendant's failure to comply with the July 21, 2016 order. Doc. 28. Plaintiff filed her opening brief on June 20, 2016. Doc. 26. Under the Scheduling Order, Defendant's responsive brief was therefore due on July 20, 2016. But the parties' stipulated to an extension of thirty (30) days for Defendant to file her responsive brief, thereby extending the due date to August 19, 2016. To date, however, no response brief has been filed. Accordingly, Defendant is DIRECTED file her responsive brief no later than October 28, 2016. In turn, Plaintiff will have fifteen (15) days to file her reply brief, if she chooses.[1] Defendant is admonished that no request for a deviation from this order will be considered.

IT IS SO ORDERED.

  Dated:  **October 20, 2016**          **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Paragraph eight of the Scheduling Order states, "Appellant's reply brief shall be filed with the court and served on respondent within fifteen (15) days after service of respondent's brief." Doc. 6.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28