UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| R.P., by and through his guardian ad litem, GEMMA PADILLA,<br><br>　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting, Commissioner of Social Security,<br><br>　　　Defendant. | CASE NO.: 1:15-cv-00449-SKO<br><br>**ORDER AWARDING EAJA FEES AND COSTS**<br><br>(Doc. 34) |

Based upon the parties' "Stipulation for Award of EAJA Fees" ("Stipulation") (Doc. 34), IT IS ORDERED that fees and expenses in the amount of four thousand dollars ($4,000.00), as authorized by 28 U.S.C. §2412(d), and costs in the amount of four hundred dollars ($400.00), pursuant to 28 U.S.C. §1920, for a total of four thousand four hundred dollars ($4,400.00), be awarded subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **February 10, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE